MARION O'BRIEN, Respondent, *v.* DENIS DONEGAN, Appellant.

(Argued October 2, 1936; decided October 20, 1936.)

*William B. Butler* and *Walter R. Hart* for appellant.

*William F. McNulty* and *Harold R. Medina* for respondent.

Appeal dismissed, with costs. Questions certified are not relevant to the motion made at Special Term. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.